United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS C. DANIELS,                                No. C 05-2684 SI (pr)

        Petitioner,                    **ORDER**

    v.

JILL BROWN, warden,

        Respondent.

_____/

      Petitioner has filed a notice of appeal and application for certificate of appealability.  He does not need a certificate of appealability to appeal because his habeas petition challenged the parole authority's administrative decision to deny parole.  See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005). The application for a certificate of appealability is denied as unnecessary. (Docket # 17.)

      The clerk shall process the appeal.

      IT IS SO ORDERED.

DATED:  November 16, 2006        _____
                                                        SUSAN ILLSTON
                                                    United States District Judge