**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS C. DANIELS,                                    No. C 05-2684 SI (pr)

        Petitioner,                          **ORDER DENYING PAUPER**
                                                     **APPLICATION**

    v.

JILL BROWN,  warden,

        Respondent.
_____/

    Petitioner's motion to proceed <u>in forma pauperis</u> on appeal is DENIED for failure to provide the information required by Federal Rule of Appellate Procedure 24(a)(1)(B) & (C). (Docket # 19.)  This denial is without prejudice to him filing a request in the Ninth Circuit Court of Appeals to proceed <u>in forma pauperis</u> on appeal.  <u>See</u> Fed. R. App. P. 24(a)(5).

    IT IS SO ORDERED.

DATED:  January 22, 2007

_____
SUSAN ILLSTON
United States District Judge